JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FREDERICK LYNN SMITH et al.,<br><br>　　　　Defendants. | Case No: 2:19-cv-02651-ODW (AFM)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to Plaintiff's Notice of Voluntary Dismissal (ECF No. 12) and Federal Rule of Civil Procedure 41(a)(1):

**IT IS HEREBY ORDERED** that:

1. The entire action and all claims asserted therein are hereby **DISMISSED WITH PREJUDICE**;
2. The Order to Show Cause (ECF No. 11) is discharged; and
3. All dates and deadlines in this action are **VACATED** and taken off calendar.

**IT IS SO ORDERED**.

May 31, 2019

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**